United States District Court
Southern District of Texas
**ENTERED**
October 05, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| EMMA E., § § Plaintiff, § VS. § § AETNA LIFE INSURANCE COMPANY, *et al*, § § Defendants. § § § § § § | CIVIL ACTION NO. 4:19-CV-1490 |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on July 9, 2020 (Doc. #55). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

It is so ORDERED.

SEP 2 9 2020
Date

_____
The Honorable Alfred H. Bennett
United States District Judge